SENTENCE REVIEW DIVISION
Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. JOSEPH BABELLA, Defendant.

## DECISION

No. 4186

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on January 7, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Shaun Thompson, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. RAYMOND J. SERIGHT, Defendant.

## DECISION

No. 6903 B

The application of the above-named defendant for a review of the sentence of Ten (10) years with Five (5) years suspended imposed on December 3, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank James A. Lewis, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. BRUCE ALLEN SCOTT, Defendant.

## DECISION

No. 4139

The application of the above-named defendant for a review of the sentence of Count I—Ten (10) years, Count II—Ten (10) years to run consecutively imposed on November 10, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Sandra S. Johnson, Montana Defender Project, for her assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.